**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**J. Concepcion PLANCARTE–RAMIREZ, also known as Carlos Torres–Lopez, also known as Pedro Sanchez–Gonzalez, Defendant–Appellant.**

**No. 14–41451**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

J. Concepcion Plancarte–Ramirez, Houston, TX, pro se.

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent J. Concepcion Plancarte–Ramirez has moved for leave to withdraw and has filed a brief in accordance with *Anders*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

_v. California,_ 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and _United States v. Flores,_ 632 F.3d 229 (5th Cir.2011). Plancarte–Ramirez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. _See_ 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.